**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DEWAYNE GARRAMY HALL,** | ) |
|     **Plaintiff,** | ) ) ) |
| v. | )    Case No. 2:23-cv-110-RAH-CWB ) |
| **WEXFORD HEALTH SOURCES INC, et. al.,** | ) ) ) |
|     **Defendants.** | ) ) |

**ORDER**

On September 14, 2023, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. There being no objection filed to the Recommendation, and after an independent review of the file, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 29) is ADOPTED.

2. The claims against Doctor Howard Johnson are DISMISSED with prejudice.

3. Doctor Howard Johnson is TERMINATED as a party to this action.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

DONE, on this the 4th day of October 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1